Slip Op. 19-54

# UNITED STATES COURT OF INTERNATIONAL TRADE

| |
|---|
| **DIAMOND SAWBLADES MANUFACTURERS' COALTION, et al.,**<br><br>Plaintiffs,<br><br>**BOSUN TOOLS, CO., LTD., et al.**<br><br>Consolidated Plaintiffs,<br><br>**CHENGDU HIUFENG DIAMOND TOOLS CO., LTD., et al.,**<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>**UNITED STATES,**<br><br>Defendant,<br><br>**WEIHAI XIANGGUANG MECHANICAL INDUSTRIAL CO., LTD., et al.,**<br><br>Defendant-Intervenors. |

**Before: Jane A. Restani, Judge**

**Consol. Court No. 16-00124**

## JUDGMENT

The United States Department of Commerce has selected one of the methodologies suggested by the Court in its opinion ordering remand. No party alleges that the Court's directions were not followed nor are there any objections to the new calculation adjustments made. Therefore, this case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now, in conformity with said decision it is hereby

ORDERED, ADJUDGED, and DECREED that the Final Results of Second Remand Redetermination Pursuant to Court Remand, Ct. No. 16-00124, Doc. No. 96, by the United

States Department of Commerce are **SUSTAINED**.

   /s/Jane A. Restani     
Jane A. Restani, Judge

Dated: May 7, 2019
      New York, New York